**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GENEVA MCKELLAR BIANCO**                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.  4:05CV86LN**

**J.T.W., INC.; LAWRENCE BORDERS;**
**AND RAY GUNN AND JOHN DOES I-X**                                  **DEFENDANTS**

## AGREED ORDER GRANTING ADDITIONAL TIME TO SERVE PROCESS

THIS MOTION came on for hearing on the Motion of the Plaintiff, Geneva McKellar Bianco, for additional time to serve process on Defendants.  The court having been advised that counsel for the Defendants' insurer has no objection to the extension, and good cause therefor having been presented, the court is of the opinion that the Motion has merit and should be granted.

IT IS, THEREFORE, ORDERED, That the Motion for Additional Time to Serve Process is hereby **granted**, and the Plaintiff shall have until May 7, 2006 in which to effect service of process on Defendants, J.T.W., Inc., Lawrence Borders and Ray Gunn.

IT IS SO ORDERED, this the 14th day of December, 2005.

    S/Alfred G. Nicols, Jr.
    UNITED STATES MAGISTRATE JUDGE