IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GENEVA MCKELLAR BIANCO**                                         **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.  4:05CV86LR**

**J.T.W., INC.; LAWRENCE BORDERS;**
**AND RAY GUNN AND JOHN DOES I-X**                            **DEFENDANTS**

**ORDER**

This matter came before the court on the Motion to Modify Case Management Order to Schedule Mediation and Reset Trial for Continuance of Mediation. The Motion seeks a continuance of trial for two reasons: (1) the recent, sudden death of the Plaintiff's lead counsel; and (2) the parties' agreement to seek mediation in this matter. The court is of the opinion that the Motion has merit and should be granted. This case will be moved to the next available trial calendar, and all of the current pretrial deadlines will be adjusted according.

IT IS, THEREFORE, ORDERED that the Motion to Modify Case Management Order to Schedule Mediation and Reset Trial fo Continuance of Mediation is hereby **granted**, and the Case Management Plan Order earlier entered in this matter is hereby amended, as follows:

1. The trial of this matter will be held on the trial calendar that begins on January 1, 2007, and ends on January 12, 2007.

2. The pretrial conference will be held on December 11, 2006.

3. Discovery shall be completed by September 18, 2006.

4. The deadline for submitting motions, other than motions *in limine*, is October 2, 2006.

IT IS SO ORDERED, this the 31st day of August, 2006.

S/John M. Roper
UNITED STATES MAGISTRATE JUDGE
