## IN THEUNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**GENEVA MCKELLAR BIANCO**                                    **PLAINTIFF**

**VS.**                                    **CAUSE NO. 4:05CV86TSL-AGN**

**J.T.W., INC.; LAWRENCE BORDERS; AND**
**RAY GUNN AND JOHN DOES I-X**                       **DEFENDANTS**

### AGREED ORDER FOR JUDGMENT OF DISMISSAL
### WITH PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion *ore tenus* of the Plaintiff and Defendants for a Judgment of Dismissal with Prejudice of the above-entitled action, and it being stipulated and made known to the Court that this action has been fully compromised and settled, and that there remain no issues to be litigated by or between the parties or adjudicated by the Court and that all parties agree that the same should be dismissed with prejudice and consent to the entry of this Judgment, in term time or in vacation; the Court, having maturely considered the same and being fully advised in the premises, is of the opinion and finds that said is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 25th day of October, 2006.

/S/ TOM S. LEE_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:


/s/ *George Follett*_____
GEORGE FOLLETT
FOLLETT & FOLLETT
1709 23rd AVE
MERIDIAN, MS 39031


ATTORNEY FOR PLAINTIFF


/s/ Kevin E. Gay_____
JOHN B. MACNEILL, MSB #1811
KEVIN E.GAY, MSB#100721
MacNEILL & BUFFINGTON, P.A.
POST OFFICE BOX 12690
JACKSON, MS 39236-2690


ATTORNEYS FOR DEFENDANTS